

CV-17-526

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name) Nicol Harns   C. Date of Delivery 3/7/18 |
| 1. Article Addressed to:<br>17-CV-526: Ptn, Sum, ord<br><br>Assistant United States Attorney<br>District of Arizona - Tucson Division<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701-5040<br>Attn: Civil Process Clerk | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail     ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7015 3010 0001 2750 2035 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540