IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronald Jackson, | ) | No. CV 17-526-TUC-JAS (BPV) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| J.T. Shartle, | ) | |
| Respondent. | ) | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Velasco that recommends denying Petitioner's habeas petition filed pursuant to 28 U.S.C. §2241.[1] Petitioner's objections are rejected as the Report and Recommendation properly resolved the petition.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (Doc. 16) is accepted and adopted.

(2) The Court finds that: (a) Petitioner's disciplinary proceedings afford him due process; (b) the greater weight of the evidence supported the BOP's disciplinary determination; and (c) Petitioner is not entitled to relief under § 2241.

(3) Petitioner's §2241 habeas petition is denied; this case is dismissed with prejudice.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

(4) The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

Dated this 24th day of April, 2019.

*[signature]*

Honorable James A. Soto
United States District Judge